IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH R. KARSNER, IV
2294 Lighthouse Lane
Connolly Springs, North Carolina  28612

    Petitioner

v.

MARY HARNAGE
4213 Sleepy Hollow Road
Annandale, Virginia  22003

<u>Serve on</u>:

William B. Young, Jr., Esq.
Colling, Gilbert, Wright & Carter
2301 Maitland Center Parkway, Suite 240
Maitland, Florida  32751

and

FINRA[1]
1735 K Street, N.W.
Washington, D.C.  20006

    Respondents

Civil Action No.:

## NOTICE OF FILING TO CONFIRM ARBITRATION AWARD

TO:   William B. Young, Jr., Esq.
        Colling, Gilbert, Wright & Carter
        2301 Maitland Center Parkway, Suite 240
        Maitland, Florida  32751

        and

        FINRA
        Betty Brooks, Esq.
        1735 K Street, N.W.
        Washington, D.C.  20006

---

[1] FINRA, the Financial Industry Regulatory Authority, was formerly known as the National Association of Securities Dealers ("NASD").

Please take notice that on this 4th day of September, 2007, a civil action to confirm an arbitration award was filed in the United States District Court for the District of Columbia. Any subsequent filings in the matter should be filed electronically.

Respectfully submitted,

Jeffrey J. Hines, Esq. (#406090)
George S. Mahaffey Jr., Esq. (#MD15083)
Christopher Corchiarino, Esq.
Goodell, DeVries, Leech & Dann, L.L.P.
One South Street, 20th Floor
Baltimore, MD 21202
(410) 783-4993
(410) 783-4040

*Attorneys for Petitioner*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___4th___ of September 2007, a copy of the foregoing was sent via first class mail to the following:

Betty Brooks, Esquire
FINRA
1735 K Street, N.W.
Washington, D.C. 20006
*Counsel for the Respondent FINRA*


William B. Young, Jr., Esq.
Colling, Gilbert, Wright & Carter
2301 Maitland Center Parkway, Suite 240
Maitland, Florida 32751
*Counsel for the Respondent Harnage*

_____
George S. Mahaffey Jr.

**887045**

IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH R. KARSNER, IV
2294 Lighthouse Lane
Connolly Springs, North Carolina 28612

    Petitioner

v.

MARY HARNAGE
4213 Sleepy Hollow Road
Annandale, Virginia 22003

Serve on:

William B. Young, Jr., Esq.
Colling, Gilbert, Wright & Carter
2301 Maitland Center Parkway, Suite 240
Maitland, Florida 32751

and

FINRA
1735 K Street, N.W.
Washington, D.C. 20006

    Respondents

Civil Action No.:

## ORDER

Having considered Petitioner's Petition to Confirm Arbitration Award and after considering the record as a whole, it is this _____ day of _____ 2007, hereby:

**ORDERED** that Petitioner's Petition to Confirm Arbitration Award shall be and is **GRANTED** and that the Stipulated Award entered in the NASD action styled *Harnage v. Legacy et al.*, NASD No.: 04-07346 is confirmed thereby granting all relief set forth in the Stipulated Award.

_____
Judge, United States District Court for the
District of Columbia

5

Copies to:

George S. Mahaffey Jr., Esq.
Jeffrey J. Hines, Esq.
Christopher Corchiarino, Esq.
Goodell, DeVries, Leech & Dann, L.L.P.
One South Street, 20th Floor
Baltimore, MD 21202
*Counsel for Petitioner*

Betty Brooks, Esquire
FINRA
1735 K Street, N.W.
Washington, D.C. 20006
*Counsel for FINRA*

William B. Young, Jr., Esq.
Colling, Gilbert, Wright & Carter
2301 Maitland Center Parkway, Suite 240
Maitland, Florida 32751
*Counsel for the Respondent Harnage*