IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH R. KARSNER, IV,<br><br>    Petitioner,<br><br>v.<br><br>MARY HARNAGE, *et al.*,<br><br>    Respondents. | Civil Action No.:   1:07-CV-01579-RJL |

**CONSENT MOTION FOR EXTENSION OF TIME FOR PETITIONER
TO FILE OPPOSITION TO MOTION TO INTERVENE**

Petitioner Joseph R. Karsner, IV ("Petitioner" or "Karsner"), by and through his undersigned attorneys and with the consent of the proposed intervenor, hereby moves for an extension of his deadline for filing an Opposition to the Maryland Securities Commissioner's Motion to Intervene and states as follows:

    1.    The Maryland Securities Commissioner (the "Maryland Commissioner") filed her Motion to Intervene in the instant litigation on September 19, 2007.

    2.    On October 2, 2007, the parties filed a Joint Motion to Stay All Proceedings, including the instant proceeding, in which Karsner sought confirmation of an NASD arbitration award.

    3.    The stay of all proceedings is sought to allow resolution of a pending appeal in a related case. The issue on appeal in that case is whether the Maryland Commissioner must be allowed to intervene in suits, such as this one, which seek confirmation of an NASD arbitration award. Obviously, resolution of that issue by the

United States Court of Appeals for the D.C. Circuit may impact the positions Karsner will advance in opposition to the Maryland Commissioner's Motion to Intervene filed in the present case.

4. The Honorable Judge Leon indicated that he was amenable to granting the Joint Motion to Stay. In the absence of a stay, Karsner's opposition to the Maryland Commissioner's Motion to Intervene would be due today. A short extension, until Wednesday, October 10, 2007, is requested to allow Judge Leon to consider and rule upon the Joint Motion to Stay.

5. Undersigned counsel contacted counsel for the Maryland Commissioner and was informed that the Maryland Commissioner consented to the requested extension.

6. No hearing has been scheduled on the Motion to Intervene and there is no trial date presently scheduled in this proceeding. Thus, granting the extension should not unduly delay the progression of this case.

WHEREFORE, Petitioner respectfully requests that this Court grant his Consent Motion for Extension of Time and extend Petitioner's time for opposing the Motion to Intervene until October 10, 2007.

Respectfully submitted,

_____/s/_____
Richard J. Magid
Whiteford, Taylor & Preston
7 Saint Paul Street
Baltimore, Maryland 21202

and

George S. Mahaffey, Jr.
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202

*Attorneys for Petitioner,*
*Joseph R. Karsner, IV*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 3rd day of October, 2007, a copy of Petitioner's Consent Motion for Extenstion and his proposed order were filed with the Court's electronic case filing system and were mailed, via first-class mail, postage prepaid, to:

Kelvin M. Blake
Office of the Attorney General of Maryland
200 Saint Paul Street, 25th Floor
Baltimore, Maryland 21202

*Counsel for Maryland Securities Commissioner*

                                                           Richard J. Magid

*1757042v.3*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH R. KARSNER, IV,<br><br>    Petitioner,<br><br>v.<br><br>MARY HARNAGE, *et al.*,<br><br>    Respondents. | Civil Action No.:   1:07-CV-01579-RJL |

**ORDER**

Having read and considered Petitioner's Consent Motion for Extension of Time to Oppose the Maryland Securities Commissioner's Motion to Intervene, it is this _____ day of October, 2007 hereby,

**ORDERED**, that the Motion for Extension of Time is **Granted** and Petitioner is given until Wednesday October 10, 2007 to file his Opposition.

_____
Judge Richard J. Leon