IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH R. KARSNER, IV

    Petitioner

v.

MARY HARNAGE

and

FINRA

    Respondents

Civil Action No.: 1:07-CV-01579-RJL

## ENTRY OF APPEARANCE

Dear Clerk:

    Please enter the appearance of Betty G. Brooks, Financial Industry Regulatory Authority, Inc. ("FINRA"), as additional counsel for the defendant, FINRA, in the above-captioned case.

    Respectfully submitted,

/s/ _____
Betty G. Brooks, FL Bar No. 0611603
Associate General Counsel
Financial Industry Regulatory
Authority, Inc.
1735 K Street, N.W.
Washington, D.C. 20006
Telephone (202) 728-8288
Facsimile (202) 728-8894

2

/s/
Terri L. Reicher, DC Bar No. 414685
Associate General Counsel
Financial Industry Regulatory
Authority, Inc.
1735 K Street, N.W.
Washington, D.C. 20006
Telephone (202) 728-8967
Facsimile (202) 728-8894

Attorneys for Defendant,
Financial Industry Regulatory
Authority, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 10th day of October, 2007, a copy of the foregoing paper was filed with the Court's electronic case filing system and was mailed, via first-class mail, postage prepaid, to:

>Richard J. Magid
>Whiteford, Taylor & Preston
>7 Saint Paul Street
>Baltimore, MD   21202
>
>and
>
>William B. Young, Jr.
>Colling, Gilbert, Wright & Carter
>2301 Maitland Center Parkway, Suite 240
>Maitland, FL   32751

.                                           /s/_____
                                            Betty G. Brooks